ACCEPTED
01-15-00102-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 11:29:37 AM
CHRISTOPHER PRINE
CLERK

Appellate Docket Number: **01-15-00102-CR**

Appellate Case Style: Style: **Brodrick Michael James**

Vs. State of Texas

Companion Case: **01-15-00103-CR**

Companion Case: **01-15-00104-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
April 20, 2015
CHRISTOPHER A. PRINE,
CLERK

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: **1st Court of Appeals**

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| | ☒ Lead Attorney |
| First Name: **Brodrick** | First Name: **Keith** |
| Middle Name: **Michael** | Middle Name: **G.** |
| Last Name: **James** | Last Name: **Allen** |
| Suffix: | Suffix: |
| Appellant Incarcerated? ☒ Yes ☐ No | ☒ Appointed ☐ District/County Attorney |
| Amount of Bond: | ☐ Retained ☐ Public Defender |
| Pro Se: ○ | Firm Name: **Law Offices of Keith G. Allen, PLLC** |
| | Address 1: **2360 CR 94, Suite 106** |
| | Address 2: |
| | City: **Pearland** |
| | State: **Texas**    Zip+4: **77584** |
| | Telephone: **832-230-0075**   ext. |
| | Fax: **832-413-5896** |
| | Email: **Keith@KGAllenLaw.com** |
| | SBN: **01043550** |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: **State of Texas**

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: **Jeri**

Middle Name:

Last Name: **Yenne**

Suffix:

☐ Appointed ☒ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name: **Brazoria County District Attorney**

Address 1: **111 East Locust, Room 408A**

Address 2:

City: **Angleton**

State: **Texas**   Zip+4: **77515**

Telephone: **979-864-1230**   ext.

Fax: **979-864-1525**

Email:

SBN: **04240950**

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): **Controlled Substances**

Type of Judgment: **Bench Trial**

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: **January 28, 2015**

Offense charged: **Delivery of a Controlled Substance**

Date of offense: **May 29, 2014**

Defendant's plea: **Guilty**

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: **January 28, 2015**

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: **45 years TDCJ-ID**

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No   If yes, date filed: **February 5, 2015**

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: **September 24, 2014**

Date of hearing: **July 30, 2014**   ☐ NA

Date of order: **July 30, 2014**   ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: **July 30, 2014**

## VIII. Trial Court And Record

**Court:** 149th District Court

**County:** Brazoria

**Trial Court Docket Number (Cause no):** 74207

**Trial Court Judge (who tried or disposed of the case):**

**First Name:** Terri

**Middle Name:**

**Last Name:** Holder

**Suffix:**

**Address 1:** 111 East Locust, Suite 214A

**Address 2:**

**City:** Angleton

**State:** Texas          **Zip + 4:** 77515

**Telephone:** 979-864-1261          ext.

**Fax:** 979-864-1061

**Email:**

**Clerk's Record:**

**Trial Court Clerk:** ☒ District    ☐ County

**Was clerk's record requested?** ☒ Yes    ☐ No

If yes, date requested: Feb 5, 2015

If no, date it will be requested:

**Were payment arrangements made with clerk?**

☐ Yes    ☐ No    ☒ Indigent

---

**Reporter's or Recorder's Record:**

**Is there a reporter's record?** ☒ Yes    ☐ No

**Was reporter's record requested?** ☒ Yes    ☐ No

**Was the reporter's record electronically recorded?** ☐ Yes    ☒ No

If yes, date requested: Feb 5, 2015

**Were payment arrangements made with the court reporter/court recorder?** ☐ Yes    ☐ No    ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

**First Name:** Robin

**Middle Name:**

**Last Name:** Rios

**Suffix:**

**Address 1:** 111 East Locust, Room 214A

**Address 2:**

**City:** Angleton

**State:** Texas          **Zip + 4:** 77515

**Telephone:** 979-864-1483          ext.

**Fax:** 979-864-1061

**Email:**

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 01-15-00103-CR  Court: First Court of Appeals

Style: Brodrick Michael James

Vs. State of Texas

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 01-15-00104-CR  Court: First Court of Appeals

Style: Brodrick Michael James

Vs. State of Texas

## X. Signature

_signature_

Signature of counsel (or Pro Se Party)  Date: April 20, 2015

KEITH G. ALLEN

Printed Name:  State Bar No: 01043550

Electronic Signature: _____  Name: _____
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on April 20, 2015 .

_signature_

Signature of counsel (or pro se party)  Electronic Signature: _____
(Optional)

State Bar No.: 01043550

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: April 20, 2015

Manner Served: Fax

First Name: Jerri

Middle Name:

Last Name: Yenne

Suffix:

Law Firm Name: Brazoria County District Attorney

Address 1: 111 East Locust, Room 408A

Address 2:

City: Angleton

State Texas          Zip+4: 77515

Telephone: 979-864-1230          ext.

Fax: 979-864-1525

Email:

# AFFIDAVIT OF INDIGENCE

AFF.SEC
1273239.
127 32 40
127 32
127 32

**This section to be filled out by Court Personnel**

136488/BOA

CAUSE #. 74207/08/09

The State of Texas
vs.

Broderick James

JP #:
Bond: Jail (750K)

1/28
2M

In the 149th Court at 10:55 o'clock A.M.

Brazoria County, Texas

FILED SEP 24 2014

Offense MAN Del /CS X Donde Branchel
Clerk of District Court Brazoria Co., Texas

Level of Offense F/ X3 BY _____ DEPUTY

All information must be completed by the defendant and must be current, accurate, and true. Intentionally or knowingly giving false information may result in your prosecution for the offense of aggravated perjury, a felony. The punishment for aggravated perjury includes imprisonment not to exceed ten (10) years and a fine not to exceed ten thousand dollars ($10,000). Please fill in all blanks. If you do not know the information being asked, enter DO NOT KNOW in the blank. If the information being asked does not apply to you, enter N/A in the blank.

## DEFENDANT'S PERSONAL INFORMATION

Aunt Angeline White

Name BRODRICK JAMES
Phone Number N/A   832-720-1463 — gma Pearl
Street Address FRESNO TX 3626 GREENLEAF Lodge LN
City, State, Zip   FRESNO TX 77545
Social Security #  636 16 3996
Driver's License #  N/A
Date of Birth  4-3-90
Name of Spouse N/A
Dependents: N/A
Name(s) (list below):

N/A

| Age | Relation | Income |
|-----|----------|--------|

Are you currently in jail or in a correctional institution?
___ No
_X_ Yes   If yes, provide name of institution: BCSD

Are you currently residing in a mental health facility?
_X_ No
___ Yes   If yes, provide name of facility:

Do you have an application pending at a mental health facility?
_X_ No
___ Yes   If yes, provide name of facility:

10320

**Employer Information**

Employer

Phone Number

Supervisor's Name

Street Address:

City, State, Zip

Hours worked _____ per week or _____ per month

Pay rate

Spouse's Employer

Street Address:

City, State Zip

Hours worked _____ per week or _____ per month

Pay rate

**If unemployed, list:**

Length of time unemployed

Name of previous employer

Street Address of previous employer:

City, State, Zip

**Public Assistance**

Are you currently receiving (check all that apply)

_____ Food Stamps

_____ Medicaid

_____ Public housing

_____ Temporary Assistance to Needy Families (TANF)

✓ Supplemental Security Income (SSI)

*[Handwritten annotations: unemployed - 3-4 mo. HTS Shopping - Horton job £9⁸⁰ hr. 40 hrs. Filed - Denied Appeal. Aunt Provides Food/shelter. Filing suit in Compuy Co. Refused to pay medical bills. Foot Inj. - RAN over by Forklift]*

## DEFENDANT'S FINANCIAL INFORMATION

| EXPENSES - Monthly | Monthly Payment | Loan and Debt Payments |
|---|---|---|
| Rent or Mortgage Payment | | **Outstanding Loans (list type of Loans)** |
| Car Payment | | |
| Insurance (Life, Health, Car, Homeowners, etc.) | | |
| Child Care | | **Credit Card Debt (list name of cards)** |
| Child Support | | Name: |
| Water | | Name: |
| Gas | | |
| Telephone | | |
| Electricity | | |
| Food | | **Other Monthly Expenditures (Describe)** |
| Clothes | | |
| Medical | | |
| Cable TV or Satellite TV | | |
| Cell Phone | | |

Balance: $ 0
Balance: $ 0

**TOTAL MONTHLY EXPENSES** $ _____

| INCOME - Monthly | Monthly Amount |
|---|---|
| Take Home Pay | |
| Spouse's Take Home Pay | |
| Investment Income | |
|   Stock Dividend | |
|   Bond Dividend | |
| Rental Income | |
| Pension Payments | |
| Unemployment | |
| Social Security Benefits | |
| Child Support | |
| Public Assistance | |
|   TANF | |
|   SSI | |
|   Medicaid | |
|   Other | |
| Cash Gifts | |
| Other (Describe) | |
| | |
| **TOTAL GROSS MONTHLY INCOME** | $ |



| ASSETS | | Value |
|---|---|---|
| Place of Residence ___ Rent ___ Own Describe if house, condominium, apartment, other: | | $ |
| Real Property Owned; Description/Location: | | $ |
| Automobile Make: | Model:    Year: | $ |
| Automobile Make: | Model:    Year: | $ |
| Stock and Bonds (provide description) | | $ |
| Stock and Bonds (provide description) | | $ |
| Other Property (list all jewelry, equipment, watercrafts, etc.) | | $ |
| Bank Name | Type of Account    Balance: | $ |
| Bank Name | Type of Account    Balance: | $ |
| Bank Name | Type of Account    Balance: | $ |
| Bank Name | Type of Account    Balance: | $ |
| Other Assets (Identify) | VALUE: | $ |
| **ASSETS TOTAL VALUE** | | $ |

(I have / **Have not** (circle one) attempted to hire an attorney. The names of the attorneys I have contacted are as follows:

_____     _____

_____     _____

On this ___30___ day of _____7_____, 20 _14_, I have been advised by the _____ Court of my right to representation by counsel to defend me as to the charge(s) pending against me. I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. By signing my name below, I swear, that all of the above information about my financial condition is current, accurate, and true. I understand that if I receive an appointed attorney and make bond, I shall comply with the additional terms and conditions of bond imposed by the Court. I understand that any violation of these conditions may result in my bond being held insufficient and me being returned to custody.

_____
Defendant's Signature

SUBSCRIBED and SWORN to before me, the undersigned authority, this ___30___ day of _____7___, 20 _14_.

BY: _____

MARY GONZALEZ
Notary Public
STATE OF TEXAS
Commission Exp. 11-07-2015

Printed Name          Title

RECOMMENDATION:
☐ Indigent
☑ Partially Indigent
☐ Does Not Qualify

Verified on __7-30-14__ by _____.

After reviewing this sworn Affidavit of Indigency, I find that this defendant is indigent under the guidelines of Brazoria County and is entitled to appointment of ___Faye Gordon___ as his attorney, and as additional conditions of bond, defendant shall (1) keep all appointments with the attorney; (2) attend all court settings on time; and (3) notify the attorney or the attorney's office of any changes in his residence address, business address or telephone numbers within twenty-four (24) hours of such change.

_____ Defendant's Initials

__7.30.14__
Date

_____
Judge/Court Administrator/Court Designee